**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: **Devin Tavon Jones**                         **BK NO. 26-01967 HWV**
       **Shatesha Cherrill Jones**
                     **Debtor(s)**                 **Chapter 7**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                    Respectfully submitted,

/s/ *Maggie Soboleski*
_____
Maggie Soboleski
16 Jul 2026, 06:39:57, EDT

                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA  19106
                    215-627-1322

Document ID: 73e1834b5c06d95988530aedb0b675074e6b6ff2da83603f9832f017cd29e7a9