# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Devin Tavon Jones            **BK NO. 26-01967 HWV**
       Shatesha Cherrill Jones

                 Debtor(s)           **Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                  Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
16 Jul 2026, 06:39:57, EDT


        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

Document ID: 73e1834b5c06d95988530aedb0b675074e6b6ff2da83603f9832f017cd29e7a9